## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARBEJDSMARKEDETS TILLAEGSPENSION ("ATP");
INDUSTRIENS PENSIONSFORSIKRING A/S;
and ARCA SGR S.p.A.

        Plaintiffs,

    vs.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

        Defendants.

**'07 CIV 9229**

Civil Action No..

RULE 7.1 STATEMENT



RECEIVED
OCT 1 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Arca SGR S.p.A.**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:   None.

Dated: October 15, 2007
      New York, New York

THE SHAPIRO FIRM, LLP

By: _____
Robert J. Shapiro
Jonathan S. Shapiro
500 Fifth Avenue, 14th Floor
New York, New York 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
John A. Kehoe
David Kessler
Stuart L. Berman
Darren J. Check
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARBEJDSMARKEDETS TILLAEGSPENSION    :
("ATP");                                            :
INDUSTRIENS PENSIONSFORSIKRING A/S;   :
and ARCA SGR S.p.A.                            :



Civil Action No..

RULE 7.1 STATEMENT

Plaintiffs,      :

vs.                      :

VIVENDI, S.A., JEAN-MARIE MESSIER     :
and GUILLAUME HANNEZO           :

Defendants.   :



### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and

to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for **Industriens Pensionsforsikring**

**A/S**, (a private-non governmental party), certifies on information and belief that the

following are corporate parents, affiliates and/or subsidiaries of said party, which are

publicly held:   None.

- 1 -

Dated: October 15, 2007
      New York, New York

                                  **THE SHAPIRO FIRM, LLP**

By: _____
                         Robert J. Shapiro
                         Jonathan S. Shapiro
                         500 Fifth Avenue, 14th Floor
                         New York, New York 10110
                         Telephone: 212-391-6464

                         *Local Counsel for Plaintiffs*

                         **SCHIFFRIN BARROWAY**
                         **TOPAZ & KESSLER, LLP**
                         John A. Kehoe
                         David Kessler
                         Stuart L. Berman
                         Darren J. Check
                         280 King of Prussia Road
                         Radnor, Pennsylvania 19087
                         Telephone: 610-667-7706

                         *Counsel for Plaintiffs*