AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

Arbejdsmarkedets
Tillaegspension ("atp"),
et al
          Plaintiffs,

v.

Vivendi, SA, et al
          Defendants.

**APPEARANCE**

Case Number: 1:07-CV-09229

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Arbejdsmarkedets Tillaegspension ("atp"); Industriens Pensionforsikring A/S; Arca Sgr Spa

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/6/2007 | Schiffrin Barroway Topaz and Kessler, LLP<br>s/ John A. Kehoe |
| Date | Signature |
| | John A. Kehoe          JK-4589 |
| | Print Name             Bar Number |
| | 280 King of Prussia Road |
| | Address |
| | Radnor        PA        19087 |
| | City          State     Zip Code |
| | (610) 667-7706     (610) 667-7056 |
| | Phone Number       Fax Number |