# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
        07-CV-08156
        07-CV-09229
        07-CV-11092 (UA/RJH)

CIVIL ACTION NO.:
      02-CV-5571(RJH)(HBP)

**NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

---

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, I, Robert J. Shapiro, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Stuart L. Berman |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | sberman@sbtklaw.com |

Stuart L. Berman is a member in good standing of the Bar of the State of Pennsylvania and the State of New Jersey.  There are no pending disciplinary proceedings against Stuart L. Berman in any State or Federal Court.


Dated: December 19, 2007

Respectfully submitted,

**THE SHAPIRO FIRM, LLP**

By: _____

Robert J. Shapiro, Esq.

500 Fifth Avenue, 14th Floor

New York, NY 10110

Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
      07-CV-08156
      07-CV-09229
      07-CV-11092(UA/RJH)

CIVIL ACTION NO.:
      02-CV-5571(RJH)(HBP)

**AFFIDAVIT OF ROBERT J. SHAPIRO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York     )
                   )    ss.
County of New York   )

Robert J. Shapiro, being duly sworn, hereby deposes and says as follows:

    **1.**     I am a partner at The Shapiro Firm, LLP, Local Counsel for the Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Plaintiffs' motion to admit Stuart L. Berman as counsel *pro hac vice* to represent the Plaintiffs in this matter.

    **2.**     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 23, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    **3.**     I have known Stuart L. Berman since December, 2005.

    **4.**     Mr. Berman is a partner at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

    **5.**     I have found Mr. Berman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Stuart L. Berman, *pro hac vice*.

7.     In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached a Certificate of Good Standing for Mr. Berman from both Pennsylvania and New Jersey issued within the past thirty days.

8.     I respectfully submit a proposed order granting the admission of Stuart L. Berman, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Stuart L. Berman, *pro hac vice*, to represent the Plaintiffs in the above-captioned matter, be granted.

Dated:  December 19, 2007

Respectfully submitted,
THE SHAPIRO FIRM, LLP

By: _____
Robert J. Shapiro, Esq.
500 Fifth Avenue, 14th Floor
New York, NY 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

Sworn to and subscribed before me
this 19th day of December, 2007.

_____
            Notary Public

KENNETH J. DUBROFF
Notary Public, State of New York
No. 31-1031530
Qualified in New York County
Commission Expires 4/30, 20 11.

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Stuart Lane Berman, Esq.*

**DATE OF ADMISSION**

*December 12, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  December 12, 2007**

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **STUART LANE BERMAN**
(No. **023261991** ) was constituted and appointed an Attorney at Law of New
Jersey on **December 19, 1991** and, as such,
has been admitted to practice before the Supreme Court and all other courts of this State
as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in
Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing"
if the Court's records reflect that the attorney: 1) is current with all assessments
imposed as a part of the filing of the annual Attorney Registration Statement, including,
but not limited to, all obligations to the New Jersey Lawyers' Fund for Client
Protection; 2) is not suspended or disbarred from the practice of law; 3) has not
resigned from the Bar of this State; and 4) has not been transferred to Disability
Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's
satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to
practice law in this State.



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**12TH** day of **December** , 20 **07**

Clerk of the Supreme Court

-453a-

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
        07-CV-08156
        07-CV-09229
        07-CV-11092(UA/RJH)

CIVIL ACTION NO.:
      02-CV-5571(RJH)(HBP)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

        Upon the motion of Robert J. Shapiro, Local Counsel for the Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Stuart L. Berman |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | sberman@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

                                    _____
                                    Richard J. Holwell, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Robert J. Shapiro, hereby certify, that I submitted a true and correct copies of the foregoing documents on December 20, 2007 via United Lawyer's Service, for filing with the Admission's Clerk of the Court:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

The CM/ECF system will send notification to counsel registered for CM/ECF. I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants listed below.

By: _____
Robert J. Shapiro, Esq.
500 Fifth Avenue, 14th Floor
New York, NY 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

Paul C. Saunders
Daniel Slifkin
**Cravath Swaine & Moore LLP**
825 Eighth Avenue
New York NY 10019
212-474-1000

*Counsel for Defendant Vivendi Universal, S.A.*