UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | CIVIL ACTION NO.: 02-CV-5571(RJH)(HBP) |
| This document relates to: 07-CV-08156 07-CV-09229 07-CV-11092(UA/RJH) | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Robert J. Shapiro, Local Counsel for the Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Stuart L. Berman |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | sberman@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 2/14/08

Richard J. Holwell, U.S. District Judge