**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/15/08

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
    07-CV-08156
    07-CV-09229
    07-CV-11092(UA/RJH)

CIVIL ACTION NO.:
    02-CV-5571(RJH)(HBP)

**ORDER FOR ADMISSION *PRO HAC
VICE* ON WRITTEN MOTION**

Upon the motion of Robert J. Shapiro, Local Counsel for the Plaintiffs, and said sponsor

attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Steven D. Resnick |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | sresnick@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Plaintiffs in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

Dated: 2/14/08

Richard J. Holwell, U.S. District Judge