UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to:<br><br>07 Civ. 5742   07 Civ. 7370<br>07 Civ. 7775   07 Civ. 7776<br>07 Civ. 7778   07 Civ. 7779<br>07 Civ. 7863   07 Civ. 7803<br>07 Civ. 8208   07 Civ. 8156<br>07 Civ. 9229   07 Civ. 8830<br>07 Civ. 9593   07 Civ. 10578<br>07 Civ. 10954   07 Civ. 10995<br>07 Civ. 11092   07 Civ. 11305<br>07 Civ. 11483   07 Civ. 11484<br>07 Civ. 11485   07 Civ. 11628<br>08 Civ. 0024   08 Civ. 0116<br>08 Civ. 0117   08 Civ. 0418<br>08 Civ. 1111   08 Civ. 0950<br>08 Civ. 01973   08 Civ. 1938<br>08 Civ. 01983   08 Civ. 01974<br>08 Civ. 01985   08 Civ. 01975 | | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

**NOTICE OF MOTION OF DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIVIDUAL
PLAINTIFFS FOR FAILURE TO ESTABLISH RELIANCE**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated August 15, 2008, the Declaration of Douglas J. Dixon, executed on August 15, 2008, and exhibits thereto, the Statement Pursuant to Civil Rule 56.1, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Fed. R. Civ. P. 56(b) on all claims brought by Plaintiffs in the above-captioned individual actions under Section 18 of the Securities and Exchange Act of 1934, as well as all claims for common law fraud and negligent misrepresentation, as set forth in more

detail in the accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

KING & SPALDING LLP

    Michael J. Malone
    Paul A. Straus
    Lisa Albert

    1185 Avenue of the Americas
    New York, NY 10036
    (22) 556-2136
    pstraus@kslaw.com

*Attorneys for Defendant Jean-Marie Messier*

CRAVATH, SWAINE & MOORE LLP,

by  /s/ Paul C. Saunders
    Paul C. Saunders
    Daniel Slifkin
    Michael A. Paskin
    Michael T. Reynolds
    Timothy G. Cameron
    Members of the Firm

    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1000
    psaunders@cravath.com

*Attorneys for Defendant Vivendi, S.A.*

SCHULTE ROTH & ZABEL LLP

    Martin L. Perschetz
    Michael E. Schwartz
    Einat Philip

    919 Third Avenue
    New York, NY 10022
    (212) 756-2247
    martin.perschetz@srz.com

*Attorneys for Defendant Guillaume Hannezo*

WEIL GOTSHAL & MANGES LLP

    James W. Quinn
    Jonathan D. Polkes
    Penny P. Reid

    767 Fifth Avenue
    New York, NY 10153
    (212) 310-8000
    james.quinn@weil.com

*Attorneys for Defendant Vivendi, S.A.*

TO :

Diane Zilka, Esq.
   Grant & Eisenhofer P.A.
      Chase Manhattan Centre
         1201 North Market Street
            Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
   Labaton Sucharow LLP
      140 Broadway
         New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
   Motley Rice LLC
      28 Bridgeside Boulevard
         Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
   Schiffrin Barroway Topaz & Kessler, LLP
      280 King of Prussia Road
         Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*